IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES F. REIMER, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No.: 08-3201 |
| v. | ) |
| | ) |
| JOHN SANDERS and | ) |
| JOHN GEE, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE
## AND DESIGNATION OF LEAD COUNSEL

Gregory J. Berg of Thielen, Foley & Mirdo, LLC hereby enters an appearance on behalf of Defendants JOHN SANDERS and JOHN GEE.

Pursuant to Local Rule 11.2, Gregory J. Berg of Thielen, Foley & Mirdo, LLC is designated as lead counsel for purposes of receipt of telephone conference calls.

Pursuant to Local Rule 83.5, Gregory J. Berg and Barbara Snow Mirdo are members in good standing of the bar of this Court.

S/ *Gregory J. Berg*
Gregory J. Berg (Illinois Bar No. 6276373)
Attorney for Defendants
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: berg.g@thielenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **October 8, 2008**, I electronically filed this **Entry of Appearance and Designation of Lead Counsel** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Meyer                                 **Attorney for Plaintiff, JAMES F. REIMER**
Attorney at Law
212 East Jefferson Avenue
P.O. Box 129
Phone: (217) 347-0791
Fax: (217) 347-5757
Email: mjmeyer@consolidated.net

                                                     S/ *Gregory J. Berg*
                                                     Gregory J. Berg (Illinois Bar No. 6276373)
                                                     Attorney for Defendants
                                                     THIELEN, FOLEY & MIRDO, LLC
                                                     207 W. Jefferson St., Suite 600
                                                     Bloomington, IL 61701
                                                     Phone: (309) 820-0040
                                                     Fax: (309) 820-0041
                                                     E-mail: berg.g@thielenlaw.com

3:08-cv-03201-MPM -BGC   # 4    Page 3 of 3